

ACCEPTED
14-15-00787-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 1:33:33 PM
CHRISTOPHER PRINE
CLERK

JESSICA Z. BARGER
barger@wrightclose.com

Board Certified Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/23/2015 1:33:33 PM

CHRISTOPHER A. PRINE
Clerk

September 23, 2015

Hon. Christopher Prine                    ***Via Electronic Submission***
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

    Re:    Cause No. 14-15-00787-CV
          *Berkel & Company Contractors, Inc. v. Tyler Lee and Leigh Ann Lee,*
          *Individually and as Next Friend of Sydney Rose Lee, A Minor*

Dear Mr. Prine:

    This correspondence will confirm that payment in the amount of $205.00 has been made to cover the filing fee of the appeal in the above reference matter.

    Thank you for your assistance in this matter.

               Very truly yours,

               /s/ *Jessica Z. Barger*
               WRIGHT & CLOSE, LLP

JZB/jcr